Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of ornamented articles, not wearing apparel, in part of machine-made lace, similar in all material respects to those the subject of Abstract 59733, the claim of the plaintiffs was sustained.

No. 64879.—J. Einstein et al. v. United States, protests 227813–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon fabrics similar in all material respects to those the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 16, 1960

No. 64880.—Allied Display Materials, Inc. v. United States, protest 60/3995 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.

No. 64881.—Inter-Maritime Forwarding Co., Inc. v. United States, protest 60/3280 (New York).

Opinion by OLIVER, C.J.   The protest was dismissed.

No. 64882.—A. N. Deringer, Inc. v. United States, protests 58/25392, etc. (Portland, Maine).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks

the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

No. 64883.—Border Brokerage Co. et al. *v.* United States, protests 59/9028, etc. (Seattle).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

No. 64884.—V. Christensen Co. and Portland Fish Co. *v.* United States, protests 59/30057 and 59/26854(B) (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.

No. 64885.—Aurora Mfg. Corp. *v.* United States, protest 59/31201 (New York).

Opinion by WILSON, J. The protest was dismissed.

No. 64886.—Norwegian Frozen Fish, Ltd. *v.* United States, protests 60/109, 60/110, and 60/317 (New York).

Opinion by WILSON, J. The protests were dismissed.

No. 64887.—Chemo Puro Mfg. Corp. *v.* United States, protest 60/3833 (New York).

Opinion by WILSON, J. The protest was dismissed.